# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Juan D. Diaz          JOINT DEBTOR: Wanda I. Cortes Diaz   CASE NO.:_____
Last Four Digits of SS# 3860           Last Four Digits of SS# 0629

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

     A.     $ 1762.09 for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:     Attorney's Fee - $ 3650 TOTAL PAID $ 2000 Balance Due $ 1650
                      payable $ 825 /month (Months 1 to 2)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                        Arrearage on Petition Date  $
Address:_____   Arrears Payment    $_____/month (Months _____to _____)
                                   Regular Payment    $_____/month (Months _____to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____To_____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None               Total Due  $_____
                        Payable    $_____/month (Months____to____) Regular Payment $_____

<u>Unsecured Creditors</u>:  Pay $ 760.88 /month (Months 1 to 2) and Pay $1585.88 /month (Months 3 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors, Lago Mar Community Association and World Omni Financial and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.                               /s/Robert Sanchez, Esq.
Attorney for the Debtor                                       Attorney for the Joint Debtor
Date: 10-3-2016                                             Date: 10-3-2016

LF-31 (rev. 01/08/10)