# United States Bankruptcy Court
## Southern District of Florida

In re: **Juan D Diaz**
**Wanda I Cortes Diaz**
Debtor(s)

Case No. _____
Chapter **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

■ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

| | |
|---|---|
| **/s/ Juan D Diaz** | Date: **October 3, 2016** |
| **Juan D Diaz** | |
| Signature of Attorney or Debtor | |
| | |
| **/s/ Wanda I Cortes Diaz** | Date: **October 3, 2016** |
| **Wanda I Cortes Diaz** | |
| Signature of Attorney or Joint Debtor | |

# Payroll Payment Detail

---

American Airlines, Inc. - ELECTRONIC PAY STATEMENT
4333 Amon Carter Blvd
Fort Worth, TX  76155
1-800-447-2000
-------------------------------------------------------------------------------
Cmpy  PA  Emp ID    Employee Name                    Period  Seq #   Check Date  Cost Center
AAMT  B1  341595    JUAN D. DIAZ                       15    01296   07/29/16    0691/7930
     Gross Pay   Pre-Tax Ded.   Total Taxes   After-Tax Ded.  Overpmt Ded.   Overpmt Bal.        Net Pay
       1,302.02        13.59        208.21          537.98           0.00           0.00         542.24
-------------------------------------------------------------------------------

C = Current Period
R = Retro (Prior) Period
EE = Employee
Hourly Pay Basis
-------------------------------------------------------------------------------
                    TOTAL YTD EARNINGS
Description                                     YTD Amount
YTD Earnings                                     35,714.11
Taxable Income                                   35,601.61
-------------------------------------------------------------------------------
                    PAY PERIOD AMOUNTS
Description                  Hours               Amount
R Regular Pay                22.10               721.12
R Base Pay                   80.00-            2,610.40-
C Base Pay                   80.00             2,610.40
R Line Prem                  57.90-                31.84-
C Line Prem                  80.00                 44.00
R Holiday Worked              8.00                391.60
R License Prem AA            57.90-               289.50-
C License Prem AA            80.00                400.00
R HW-Line Prem                8.00                  6.64
R HW-Lic Prem                 8.00                 60.00
-------------------------------------------------------------------------------
Total Gross                                     1,302.02
-------------------------------------------------------------------------------
                    PRE TAX DEDUCTIONS
Description                              Amount    YTD Amount
C Employee AD&D                            3.92         58.80
C Dental Coverage                          8.02        120.30
C Spouse AD&D                              1.57         23.55
C Child AD&D                               0.08          1.20
-------------------------------------------------------------------------------
Total Pre Tax Deductions                  13.59
-------------------------------------------------------------------------------
                    TAXES
Description                              Amount    YTD Amount
Federal              MS: Married                    DEP: 00
Withholding Tax                          109.18      4,018.66
EE Social Security Tax                    80.26      2,207.30
EE Medicare Tax                           18.77        516.22
-------------------------------------------------------------------------------
Total Taxes                              208.21
-------------------------------------------------------------------------------
                    AFTER TAX DEDUCTIONS
Description                              Amount    YTD Amount
C Credit Union                            64.77        971.55
C Short Term Disb                         11.91        178.65
C Child Life                               1.11         16.65
C Union Dues:AA TWU                       30.63        459.45
C Roth 401k                              260.40      6,065.60
C Charity: Fixed                           2.00         30.00
C Employee Purchase                       20.00         20.00
C NRSA Charges                           147.16      1,695.02
-------------------------------------------------------------------------------
Total After Tax Deductions               537.98

https://bc.aa.com/epays/epaysprocessing.asp?seqnr=01296&Service=GetPayStub                        1/2

```
------------------------------------------------------------
                    IMPUTED INCOME - TAXABLE
Description                             Amount    YTD Amount
C Group Term Life                         6.09         91.35
------------------------------------------------------------
                    INFORMATIONAL ONLY
Description                    Hours    Amount    YTD Amount
C Sick Time                               0.00      1,044.16
C Fam Lv Lost Time                        0.00      1,044.16
C Co Match AA Plus                       71.62      1,964.28
------------------------------------------------------------
                    HOURLY TIME STATEMENT
            FOR RECORD AND ADJUSTMENT PURPOSES ONLY
                (EXCEPT WEEKLY PAID EMPLOYEES)
SHOP 1000-GM      ASSIGNMENT 11513
CDE SYM  0702  0703  0704  0705  0706  0707  0708  TOTL
EBO       1.9                                        1.9
REG       6.1   8.0                                 14.1
CSO                         8.0   8.0   8.0         24.0
HW
CDE SYM  0709  0710  0711  0712  0713  0714  0715  TOTL
EBO
REG                                           8.0    8.0
CSO       8.0   8.0               8.0               24.0
HW                                      8.0          8.0
------------------------------------------------------------
1260001    BALANCE FORWARD                           0.00
07/18/16   EMPLOYEE PURCHASE                        24.61
CURRENT BALANCE BEFORE PAYCHECK DEDUCTIONS          24.61
------------------------------------------------------------
                    NRSA CHARGES
ORI-DES TICKET# / CL FLT VALUATION  SVC CHG    NET
        PASS NAME TC DATE  AMOUNT   INCL TAX VALUATION
EZE-MIA DIAZ    J Y1 07/12            93.46
GRU-MIA DIAZ    C F2 07/17            53.70
MIA-SJU DIAZ    J Y1 07/19             0.00
MIA-SJU DIAZ    G Y1 07/19             0.00
MIA-SJU CORTES  W Y1 07/19             0.00
       TOTAL NRSA CHARGES            147.16
NON-REV CHARGES INCLUDE ANY APPLICABLE COUNTRY TAXES,
AIRPORT CHARGES AND FEES.  FOR A COMPLETE BREAKDOWN OF
CHARGES, REFER TO YOUR TRAVEL HISTORY INFORMATION ON
JETNET.
------------------------------------------------------------
                    HOURS BY PERIOD
Description                      Hours
 --- Pay Period 14 2016 07/02/2016 - 07/15/2016  ---
*Regular Pay                     22.10
 Base Pay                        80.00-
 Line Prem                       57.90-
*Holiday Worked                   8.00
 License Prem AA                 57.90-
 HW-Line Prem                     8.00
 HW-Lic Prem                      8.00

 --- Pay Period 15 2016 07/16/2016 - 07/29/2016  ---
 Base Pay                        80.00
 Line Prem                       80.00
 License Prem AA                 80.00

* Total hours worked             30.10
```

*Your net pay was deposited into your account *****7678 at bank 267077847.*
*Your net pay for this period is $   542.24.*

8/8/2016                                                                                     Payment Detail

# Payroll Payment Detail

```
American Airlines, Inc. - ELECTRONIC PAY STATEMENT
4333 Amon Carter Blvd
Fort Worth, TX  76155
1-800-447-2000
------------------------------------------------------------------------------------
Cmpy  PA  Emp ID    Employee Name                    Period  Seq #   Check Date  Cost Center
AAMT  B1  341595    JUAN D. DIAZ                       14    01294   07/15/16    0691/7930
   Gross Pay   Pre-Tax Ded.   Total Taxes   After-Tax Ded.  Overpmt Ded.  Overpmt Bal.    Net Pay
    2,873.13         13.59        564.06         862.41          0.00          0.00     1,433.07
------------------------------------------------------------------------------------
C = Current Period
R = Retro (Prior) Period
EE = Employee
Hourly Pay Basis
------------------------------------------------------------------------------------
                    TOTAL YTD EARNINGS
Description                                    YTD Amount
YTD Earnings                                    34,412.09
Taxable income                                  34,307.09
------------------------------------------------------------------------------------
                    PAY PERIOD AMOUNTS
Description                  Hours              Amount
R Regular Pay                64.00              2,088.32
R Base Pay                   80.00-             2,610.40-
C Base Pay                   80.00              2,610.40
R Line Prem                  16.00-                 8.80-
C Line Prem                  80.00                 44.00
R Overtime                    7.50                367.13
R License Prem AA            16.00-                80.00-
C License Prem AA            80.00                400.00
R OT-Line Prem                7.50                  6.23
R OT-Lic Prem                 7.50                 56.25
------------------------------------------------------------------------------------
Total Gross                                     2,873.13
------------------------------------------------------------------------------------
                    PRE TAX DEDUCTIONS
Description                           Amount    YTD Amount
C Employee AD&D                         3.92         54.88
C Dental Coverage                       8.02        112.28
C Spouse AD&D                           1.57         21.98
C Child AD&D                            0.08          1.12
------------------------------------------------------------------------------------
Total Pre Tax Deductions               13.59
------------------------------------------------------------------------------------
                         TAXES
Description                           Amount    YTD Amount
Federal              MS: Married                 DEP: 00
Withholding Tax                       344.84      3,909.48
EE Social Security Tax                177.67      2,127.04
EE Medicare Tax                        41.55        497.45
------------------------------------------------------------------------------------
Total Taxes                           564.06
------------------------------------------------------------------------------------
                    AFTER TAX DEDUCTIONS
Description                           Amount    YTD Amount
C Credit Union                         64.77        906.78
C Short Term Disb                      11.91        166.74
C Child Life                            1.11         15.54
C Union Dues:AA TWU                    30.63        428.82
C Roth 401k                           574.63      5,805.20
C Charity: Fixed                        2.00         28.00
C NRSA Charges                        177.36      1,547.86
------------------------------------------------------------------------------------
Total After Tax Deductions            862.41
------------------------------------------------------------------------------------
```

8/8/2016                                                          Payment Detail

```
                    IMPUTED INCOME - TAXABLE
Description                                 Amount     YTD Amount
C Group Term Life                             6.09          85.26
------------------------------------------------------------------
                      INFORMATIONAL ONLY
Description                       Hours     Amount     YTD Amount
C Sick Time                                   0.00       1,044.16
C Fam Lv Lost Time                 8.00     261.04       1,044.16
C Co Match AA Plus                          158.02       1,892.66
------------------------------------------------------------------
                    HOURLY TIME STATEMENT
              FOR RECORD AND ADJUSTMENT PURPOSES ONLY
                 (EXCEPT WEEKLY PAID EMPLOYEES)
SHOP 1000-GM     ASSIGNMENT 11613
CDE SYM  0618  0619  0620  0621  0622  0623  0624  TOTL
FT        3.0                     4.0   3.0         10.0
FTO       1.5                     4.5   1.5          7.5
REG       5.0                     4.0   5.0   8.0   22.0
VCF             8.0                                  8.0
CSO
CDE SYM  0625  0626  0627  0628  0629  0630  0701  TOTL
FT
FTO
REG                               8.0   8.0   8.0   24.0
VCF
CSO       8.0   8.0                                 16.0
------------------------------------------------------------------
                         NRSA CHARGES
ORI-DES TICKET# / CL FLT   VALUATION  SVC CHG    NET
       PASS NAME  TC DATE  AMOUNT    INCL TAX VALUATION
AUA-MIA DIAZ      G Y2 07/04           53.96
MIA-EZE DIAZ      J F2 07/05            0.00
MIA-EZE CASAFUS M F2 07/05            123.40
        TOTAL NRSA CHARGES            177.36
NON-REV CHARGES INCLUDE ANY APPLICABLE COUNTRY TAXES,
AIRPORT CHARGES AND FEES.  FOR A COMPLETE BREAKDOWN OF
CHARGES, REFER TO YOUR TRAVEL HISTORY INFORMATION ON
JETNET.
------------------------------------------------------------------
                        HOURS BY PERIOD
Description                       Hours
 --- Pay Period 13 2016 06/18/2016 - 07/01/2016    ---
*Regular Pay                      64.00
 Base Pay                         80.00-
 Line Prem                        16.00-
*Overtime                          7.50
 License Prem AA                  16.00-
 OT-Line Prem                      7.50
 OT-Lic Prem                       7.50

 --- Pay Period 14 2016 07/02/2016 - 07/15/2016    ---
 Base Pay                         80.00
 Line Prem                        80.00
 License Prem AA                  80.00

* Total hours worked              63.50
* Total hours paid not worked      8.00
```

*Your net pay was deposited into your account *****7678 at bank 267077847.*
*Your net pay for this period is $ 1,433.07.*

8/8/2016                                                                Payment Detail

# Payroll Payment Detail

---

```
American Airlines, Inc. - ELECTRONIC PAY STATEMENT
4333 Amon Carter Blvd
Fort Worth, TX  76155
1-800-447-2000
-------------------------------------------------------------------------------
Cmpy  PA   Emp ID     Employee Name              Period  Seq #   Check Date  Cost Center
AAMT  B1   341595     JUAN D. DIAZ                 13    01292   07/01/16    0691/7930
     Gross Pay   Pre-Tax Ded.   Total Taxes  After-Tax Ded.  Overpmt Ded.  Overpmt Bal.    Net Pay
      2,951.68         13.59        581.86        1,249.38          0.00          0.00    1,106.85
-------------------------------------------------------------------------------
C = Current Period
R = Retro (Prior) Period
EE = Employee
Hourly Pay Basis
-------------------------------------------------------------------------------
                    TOTAL YTD EARNINGS
Description                                    YTD Amount
YTD Earnings                                    31,538.96
Taxable income                                  31,441.46
-------------------------------------------------------------------------------
                    PAY PERIOD AMOUNTS
Description              Hours                  Amount
R Regular Pay            76.00                  2,479.88
R Base Pay               80.00-                 2,610.40-
C Base Pay               80.00                  2,610.40
R Line Prem               4.00-                     2.20-
C Line Prem              80.00                     44.00
R License Prem AA         4.00-                    20.00-
C License Prem AA        80.00                    400.00
-------------------------------------------------------------------------------
                    OTHER - TAXABLE
Description              Hours                  Amount
C Triple Play Award                                50.00
-------------------------------------------------------------------------------
Total Gross                                     2,951.68
-------------------------------------------------------------------------------
                    PRE TAX DEDUCTIONS
Description                       Amount      YTD Amount
C Employee AD&D                     3.92           50.96
C Dental Coverage                   8.02          104.26
C Spouse AD&D                       1.57           20.41
C Child AD&D                        0.08            1.04
-------------------------------------------------------------------------------
Total Pre Tax Deductions           13.59
-------------------------------------------------------------------------------
                    TAXES
Description                       Amount      YTD Amount
Federal                   MS: Married          DEP: 00
Withholding Tax                   356.63        3,564.64
EE Social Security Tax            182.54        1,949.37
EE Medicare Tax                    42.69          455.90
-------------------------------------------------------------------------------
Total Taxes                       581.86
-------------------------------------------------------------------------------
                    AFTER TAX DEDUCTIONS
Description                       Amount      YTD Amount
C Credit Union                     64.77          842.01
C Short Term Disb                  11.91          154.83
C Child Life                        1.11           14.43
C Union Dues:AA TWU                30.63          398.19
C Roth 401k                       590.34        5,230.57
C Charity: Fixed                    2.00           26.00
C NRSA Charges                    548.62        1,370.50
-------------------------------------------------------------------------------
Total After Tax Deductions      1,249.38
```

8/8/2016                                                              Payment Detail

```
----------------------------------------------------------------
                    IMPUTED INCOME - TAXABLE
Description                                       Amount    YTD Amount
C Group Term Life                                   6.09         79.17
----------------------------------------------------------------
                       INFORMATIONAL ONLY
Description                         Hours       Amount    YTD Amount
C Sick Time                         12.00       391.56     1,044.16
C Fam Lv Lost Time                               0.00        783.12
C Co Match AA Plus                             162.34      1,734.64
----------------------------------------------------------------
                     HOURLY TIME STATEMENT
           FOR RECORD AND ADJUSTMENT PURPOSES ONLY
                (EXCEPT WEEKLY PAID EMPLOYEES)
SHOP 1000-GM    ASSIGNMENT 11311
CDE SYM  0604  0605  0606  0607  0608  0609  0610  TOTL
SK                    4.0   8.0                     12.0
SKU                   4.0                            4.0
FT                                4.0         5.0    9.0
REG                               4.0   8.0   3.0   15.0
CDE SYM  0611  0612  0613  0614  0615  0616  0617  TOTL
SK
SKU
FT                    4.0         5.0               4.5  13.5
REG                   4.0   8.0   3.0   8.0         3.5  26.5
----------------------------------------------------------------
                         NRSA CHARGES
ORI-DES TICKET# / CL FLT  VALUATION  SVC CHG    NET
        PASS NAME  TC DATE   AMOUNT  INCL TAX  VALUATION
LHR-MIA VALENZU G  F3 06/11             508.66
NRT-DFW DIAZ       C F1 06/14            39.96
DFW-MIA DIAZ       C Y1 06/14             0.00
MIA-BSB DIAZ       C C2 06/17             0.00
        TOTAL NRSA CHARGES             548.62
NON-REV CHARGES INCLUDE ANY APPLICABLE COUNTRY TAXES,
AIRPORT CHARGES AND FEES.  FOR A COMPLETE BREAKDOWN OF
CHARGES, REFER TO YOUR TRAVEL HISTORY INFORMATION ON
JETNET.
----------------------------------------------------------------
                        HOURS BY PERIOD
Description                           Hours
  --- Pay Period 12 2016 06/04/2016 - 06/17/2016  ---
*Regular Pay                          76.00
 Base Pay                             80.00-
 Line Prem                             4.00-
 License Prem AA                       4.00-

  --- Pay Period 13 2016 06/18/2016 - 07/01/2016  ---
 Base Pay                             80.00
 Line Prem                            80.00
 License Prem AA                      80.00

* Total hours worked                  64.00
* Total hours paid not worked         12.00
```

Your net pay was deposited into your account *****7678 at bank 267077847.
Your net pay for this period is $ 1,106.85.



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pay Group: | 200-Baptist Hospital of Miami | | Business Unit: | 20200 | | | |
| Pay Begin Date: | 07/10/2016 | | Advice #: | 000000005461034 | | | |
| Pay End Date: | 07/23/2016 | | Advice Date: | 07/28/2016 | | | |

| | | | |
|---|---|---|---|
| | | TAX DATA: | Federal | FL State |
| Wanda I Cortes Diaz | Employee ID: 8289 | Marital Status: | Married | n/a |
| 8473 SW 161 Place | Department: 43140-Laboratory - Point of Care Tes | Allowances: | 1 | 0 |
| Miami, FL 33193 | Location: Baptist Hospital | Addl. Percent: | | |
| | Job Title: Point of Care Test Tech | Addl. Amount: | | |
| | Pay Rate: $32.870000 Hourly | | | |

### HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 40.00 | 1,314.80 | 1,038.25 | 33,807.32 | Fed Withholdng | 179.58 | 3,008.24 |
| Shift 2 Differential | 15.75 | 46.15 | 309.25 | 906.16 | Fed MED/EE | 32.01 | 500.86 |
| Paid Time Off | 32.00 | 1,051.84 | 60.00 | 1,971.73 | Fed OASDI/EE | 136.89 | 2,141.63 |
| Donated PTO | | 0.00 | 8.00 | 262.96 | | | |
| Merit Bonus | | 0.00 | | 341.95 | | | |
| Overtime FLSA | | 0.00 | | 1.22 | | | |
| Entity Team Bonus | | 0.00 | | 325.00 | | | |
| TOTAL: | 87.75 | 2,412.79 | 1,415.50 | 37,616.34 | TOTAL: | 348.48 | 5,650.73 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / PTO/SLB BALANCES

| Description | Current | YTD | Description | Current | YTD | Description | YTD | PTO | EIB |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 191.29 | 2,869.35 | Dependent Life - Child | 0.92 | 13.80 | Start Balance | | 141.11 | 15.89 |
| Dental | 12.66 | 189.90 | Dependent Life - Spouse | 0.92 | 13.80 | + Earned | | 123.59 | 0.00 |
| Supplemental Life | 16.78 | 251.70 | BHM Cafeteria | 44.79 | 955.51 | + Received | | 0.00 | 0.00 |
| Supplemental AD&D | 1.40 | 21.00 | Sunshine Fund | 1.00 | 15.00 | - Taken | | 60.00 | 0.00 |
| 403(b) | 289.53 | 4,182.24 | United Way Miami-Dade County | 1.00 | 15.00 | - Cashout/Donated | | 8.00 | 0.00 |
| | | | 403(b) Loan 1 | 154.60 | 2,319.00 | + Adjustments | | 0.00 | 0.00 |
| | | | BHM Gift Shop | 0.00 | 74.31 | | | | |
| | | | BH Foundation PTO Donate | 0.00 | 173.74 | | | | |
| TOTAL: | 511.66 | 7,514.19 | TOTAL: | 203.23 | 3,580.16 | End Balance | | 196.69 | 15.89 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,412.79 | 1,918.33 | 348.48 | 714.89 | 1,349.42 |
| YTD | 37,616.34 | 30,360.15 | 5,650.73 | 11,094.35 | 20,871.26 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005461034 | Checking | ***7678 | 1,349.42 |
| TOTAL: | | | 1,349.42 |

MESSAGE:


**Baptist Health South Florida**

| Pay Group: | 200-Baptist Hospital of Miami | Business Unit: | 20200 |
|---|---|---|---|
| Pay Begin Date: | 06/26/2016 | Advice #: | 000000005445848 |
| Pay End Date: | 07/09/2016 | Advice Date: | 07/14/2016 |

| | | | | |
|---|---|---|---|---|
| Wanda I Cortes Diaz | Employee ID: | 8289 | | |
| 8473 SW 161 Place | Department: | 43140-Laboratory - Point of Care Tes | | |
| Miami, FL 33193 | Location: | Baptist Hospital | | |
| | Job Title: | Point of Care Test Tech | | |
| | Pay Rate: | $32.870000 Hourly | | |

### TAX DATA:
| | Federal | FL State |
|---|---|---|
| Marital Status: | Married | n/a |
| Allowances: | 1 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | | | |
| Regular | 61.75 | 2,029.72 | 998.25 | 32,492.52 | | | |
| Shift 2 Differential | 22.00 | 64.46 | 293.50 | 860.01 | | | |
| Paid Time Off | 11.25 | 369.79 | 28.00 | 919.89 | | | |
| Donated PTO | | 0.00 | 8.00 | 262.96 | | | |
| Merit Bonus | | 0.00 | | 341.95 | | | |
| Overtime FLSA | | 0.00 | | 1.22 | | | |
| Entity Team Bonus | | 0.00 | | 325.00 | | | |
| TOTAL: | 95.00 | 2,463.97 | 1,327.75 | 35,203.55 | | | |

### TAXES
| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 186.33 | 2,828.66 |
| Fed MED/EE | 32.76 | 468.85 |
| Fed OASDI/EE | 140.06 | 2,004.74 |
| TOTAL: | 359.15 | 5,302.25 |

### BEFORE-TAX DEDUCTIONS
| Description | Current | YTD |
|---|---|---|
| Medical | 191.29 | 2,678.06 |
| Dental | 12.66 | 177.24 |
| Supplemental Life | 16.78 | 234.92 |
| Supplemental AD&D | 1.40 | 19.60 |
| 403(b) | 295.68 | 3,892.71 |
| TOTAL: | 517.81 | 7,002.53 |

### AFTER-TAX DEDUCTIONS
| Description | Current | YTD |
|---|---|---|
| Dependent Life - Child | 0.92 | 12.88 |
| Dependent Life - Spouse | 0.92 | 12.88 |
| BHM Cafeteria | 52.94 | 910.72 |
| BHM Gift Shop | 3.63 | 74.31 |
| Sunshine Fund | 1.00 | 14.00 |
| United Way Miami-Dade County | 1.00 | 14.00 |
| 403(b) Loan 1 | 154.60 | 2,164.40 |
| BH Foundation PTO Donate | 0.00 | 173.74 |
| TOTAL: | 215.01 | 3,376.93 |

### PTO/SLB BALANCES
| YTD | PTO | EIB |
|---|---|---|
| Start Balance | 141.11 | 15.89 |
| - Earned | 115.25 | 0.00 |
| - Received | 0.00 | 0.00 |
| - Taken | 28.00 | 0.00 |
| - Cashout/Donated | 8.00 | 0.00 |
| - Adjustments | 0.00 | 0.00 |
| End Balance | 220.38 | 15.89 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,463.97 | 1,963.36 | 359.15 | 732.82 | 1,372.00 |
| YTD | 35,203.55 | 28,441.82 | 5,302.25 | 10,379.46 | 19,521.84 |

### NET PAY DISTRIBUTION
| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005445848 | Checking | ***7678 | 1,372.00 |
| TOTAL: | | | 1,372.00 |

MESSAGE:


**Baptist Health South Florida**

| | |
|---|---|
| Pay Group: | 200-Baptist Hospital of Miami |
| Pay Begin Date: | 06/12/2016 |
| Pay End Date: | 06/25/2016 |

| | |
|---|---|
| Business Unit: | 20200 |
| Advice #: | 000000005430671 |
| Advice Date: | 06/30/2016 |

Wanda I Cortes Diaz
8473 SW 161 Place
Miami, FL 33193

| | |
|---|---|
| Employee ID: | 8289 |
| Department: | 43140-Laboratory - Point of Care Tes |
| Location: | Baptist Hospital |
| Job Title: | Point of Care Test Tech |
| Pay Rate: | $32.870000 Hourly |

| TAX DATA: | Federal | FL State |
|---|---|---|
| Marital Status: | Married | n/a |
| Allowances: | 1 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | | | |
| Regular | 72.75 | 2,391.30 | 936.50 | 30,462.80 | | | |
| Shift 2 Differential | 23.25 | 68.13 | 271.50 | 795.55 | | | |
| Donated PTO | | 0.00 | 8.00 | 262.96 | | | |
| Merit Bonus | | 0.00 | | 341.95 | | | |
| Overtime FLSA | | 0.00 | | 1.22 | | | |
| Paid Time Off | | 0.00 | 16.75 | 550.10 | | | |
| Entity Team Bonus | | 0.00 | | 325.00 | | | |
| **TOTAL:** | **96.00** | **2,459.43** | **1,232.75** | **32,739.58** | | | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 185.73 | 2,642.33 |
| Fed MED/EE | 32.69 | 436.09 |
| Fed OASDI/EE | 139.78 | 1,864.68 |
| **TOTAL:** | **358.20** | **4,943.10** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 191.29 | 2,486.77 |
| Dental | 12.66 | 164.58 |
| Supplemental Life | 16.78 | 218.14 |
| Supplemental AD&D | 1.40 | 18.20 |
| 403(b) | 295.13 | 3,597.03 |
| **TOTAL:** | **517.26** | **6,484.72** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dependent Life - Child | 0.92 | 11.96 |
| Dependent Life - Spouse | 0.92 | 11.96 |
| BHM Cafeteria | 79.21 | 857.78 |
| BHM Gift Shop | 2.15 | 70.68 |
| Sunshine Fund | 1.00 | 13.00 |
| United Way Miami-Dade County | 1.00 | 13.00 |
| 403(b) Loan 1 | 154.60 | 2,009.80 |
| BH Foundation PTO Donate | 0.00 | 173.74 |
| **TOTAL:** | **239.80** | **3,161.92** |

## PTO/SLB BALANCES

| | YTD | PTO | EIB |
|---|---|---|---|
| Start Balance | | 141.11 | 15.89 |
| - Earned | | 106.85 | 0.00 |
| - Received | | 0.00 | 0.00 |
| - Taken | | 16.75 | 0.00 |
| - Cashout/Donated | | 8.00 | 0.00 |
| - Adjustments | | 0.00 | 0.00 |
| **End Balance** | | **223.21** | **15.89** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,459.43 | 1,959.37 | 358.20 | 757.06 | 1,344.17 |
| YTD | 32,739.58 | 26,478.46 | 4,943.10 | 9,646.64 | 18,149.84 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005430671 | Checking | ***7678 | 1,344.17 |
| **TOTAL:** | | | **1,344.17** |

MESSAGE: