**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                                    Case No. 16-23531-LMI
Juan D Diaz & Wanda I Cortes Diaz,                               Chapter 13

      Debtor(s).          /

## MOTION TO WAIVE WAGE DEDUCTION ORDER

COME NOW the Debtors, Juan D Diaz Wanda I Cortes Diaz, by and through the undersigned counsel, and file this Motion to Waive the Wage Deduction Order and as grounds therefore states:

1. The Debtor works as a mechanic at American Airlines, Inc. and the Joint Debtor works as a lab technician at Baptist Health South Florida.

2. Although both employers employ over 100 employees each and a bankruptcy filing is not sealed, the Debtors wish to keep their bankruptcy as private as possible from their employers as they fear latent retaliation in the future.

3. The Debtors have been advised of the risks involved in waiving the wage deduction order but they still feel a waiver is the Debtors' best interest.

4. At the present time, the Debtors are not behind in payments.

WHEREFORE the Debtors, Juan D Diaz Wanda I Cortes Diaz, respectfully request that this Honorable Court enter an order waiving the requirement that the chapter 13 plan payment be paid directly by the Debtor's employer.

     I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted on October 31, 2016.

                                               Respectfully submitted,

                                               Robert Sanchez, Esq.
                                               355 West 49th Street
                                               Hialeah, FL 33012
                                               Tel. (305)-687-8008

                                               By:   */s/ Robert Sanchez*
                                               Robert Sanchez, Esquire
                                               FBN#0442161