**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JUAN D DIAZ
WANDA I CORTES DIAZ

CASE NO.: 16-23531-LMI
CHAPTER: 13

Debtor(s).

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The Creditor, World Omni Financial Corp. ("World Omni") , the undersigned and the law firm of Tripp Scott, P.A. file this Notice of Appearance and Request for BNC Notices and electronic copies of all pleadings filed in the above-styled case.

Respectfully Submitted,

Tripp Scott, PA
*Attorneys for the Creditor World Omni*
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
bankruptcy@trippscott.com
Tel:  954-525-7500

/s/ *Angelo M. Castaldi*
Angelo M. Castaldi, Esquire
Florida Bar No.  119098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was filed and provided by electronic or U.S. Mail to **Juan D Diaz** and **Wanda I Cortes Diaz** 8473 SW 161st Place Miami, FL 33193-3080; **Robert Sanchez, Esq** 355 W 49 St. Hialeah, FL 33012   ; Trustee, Nancy K. Neidich, POB 279806, Miramar, FL 33027 33027e2c8f01@ch13herkert.com; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 USTPRegion21.MM.ECF@usdoj.gov, on this 1st day of November, 2016.

/s/ *Angelo M. Castaldi*
Angelo M. Castaldi, Esquire