United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 16-23531-LMI
Juan D Diaz                                                     Chapter 13
Wanda I Cortes Diaz
         Debtors

## CERTIFICATE OF NOTICE

District/off: 113C-1           User: rodriguez          Page 1 of 1           Date Rcvd: Dec 08, 2016
                               Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2016.
db            Juan D Diaz,   8473 SW 161st Place,   Miami, FL   33193-3080

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
              Angelo M Castaldi    on behalf of Creditor    World Omni Financial Corp. axm@trippscott.com,
               bankruptcy@trippscott.com;dst@trippscott.com
              Nancy K. Neidich     e2c8f01@ch13herkert.com,   ecf2@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robert   Sanchez, Esq   on behalf of Joint Debtor Wanda I Cortes Diaz court@bankruptcyclinic.com,
               courtECFmail@gmail.com
              Robert   Sanchez, Esq   on behalf of Debtor Juan D Diaz court@bankruptcyclinic.com,
               courtECFmail@gmail.com
                                                                                              TOTAL: 5

**ORDERED in the Southern District of Florida on December 7, 2016.**



_____
Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No. 16-23531-LMI
Juan D Diaz & Wanda I Cortes Diaz,                  Chapter 13

_____Debtor(s)._____/

### ORDER DENYING MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER

**THIS MATTER** having come to be heard on this 7th day of December, 2016 upon Debtors' Motion to Waive Requirement of Wage Deduction Order, IT IS;

**ORDERED AND ADJUDGED:**

1. Debtors Motion to Waive Requirement of Wage Deduction Order is denied for the reasons stated on the record.
2. The Debtors shall enter into a Wage Deduction Order unless otherwise directed from this Court.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.