DEBTOR: Juan D. Diaz          JOINT DEBTOR: Wanda I. Cortes Diaz    CASE NO.: 16-23531-LMI
Last Four Digits of SS# 3860          Last Four Digits of SS# 0629

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 1914.17 for months 1 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650 TOTAL PAID $ 2000 Balance Due $ 1650
                  payable $ 825 /month (Months 1 to 2)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date $
Address:                             Arrears Payment    $_____/month (Months _____ to _____)
                                     Regular Payment    $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None          Total Due $_____
                 Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 897.75/month (Months 1 to 2) and Pay $1722.75 /month (Months 3 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors, Lago Mar Community Association and World Omni Financial and will continue to pay said creditors directly outside the chapter 13 plan.
Miami Dade County Tax Collector [POC#7] will be paid outside the plan for the 2016 Ad Valorem Real Estate Taxes.
The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                       /s/Robert Sanchez, Esq.
Attorney for the Debtor                       Attorney for the Joint Debtor
Date: 2/6/2017                                Date: 2/6/2017


LF-31 (rev. 01/08/10)